UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LAMAR CLEVELAND, | ) Case No. CV 12-9821 VBF (MRW) ) |
| Petitioner, | ) ORDER DISMISSING ACTION ) |
| vs. | ) ) |
| STATE OF CALIFORNIA, | ) ) |
| Respondent. | ) ) |
| _____ | ) |

  The Court vacates the reference of this action to the Magistrate Judge and dismisses this action.

  According to the petition, Petitioner is in pretrial custody in Arizona based on state criminal charges. He claims that his Arizona state case relates in some way to criminal convictions or dismissed charges in California state courts in the 1990s. (Docket # 1.) Petitioner demands that this Court "set the record straight" regarding his previous state criminal cases in some way. (Docket # 3 at 2.)

  The petition reveals that Petitioner is represented by an attorney in his pending Arizona state criminal case. (Docket # 1 at 5.) Additionally, Petitioner

acknowledges that has a pending <u>federal</u> habeas action in the U.S. District Court in Arizona. (Docket # 1 at 4.)

\* \* \*

This Court does not have jurisdiction to consider Petitioner's claims. He filed his action under 28 U.S.C. § 2241. However, Petitioner is not in custody as a result of (that is, by serving a sentence for) any judgment from a state court in California. 28 U.S.C. § 2241(d). Rather, as he alleges in his petition, he faces new criminal charges in an Arizona state court. Petitioner clearly has avenues through which he can have his claims heard – in his pending Arizona criminal case or, potentially, in the pending habeas action in the Arizona federal court.

Moreover, to the extent that Petitioner wishes to challenge the merits of his unidentified California state convictions, the petition does not show that he ever presented those claims to a state court for consideration. 28 U.S.C. § 2254(b)(1)(A-B). This Court has no ability to consider the constitutionality of a state court's action before the claim has been presented to and exhausted in the state supreme court.

Directly put, this federal court is unable to "set the record straight" regarding Petitioner's previous California state criminal proceedings as they affect his current Arizona prosecution. Therefore, this action is hereby DISMISSED.

IT IS SO ORDERED.

DATED: December 13, 2012

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE