UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LAMAR CLEVELAND, <br><br> Petitioner, <br> vs. <br> STATE OF CALIFORNIA, <br><br> Respondent. | Case No. CV 12-9821 VBF (MRW) <br><br> JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed.

DATE: December 13, 2012

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE